FREDERICK A. SANDS, Appellant, *v.* GEORGE F. JOHNSON et al.,
Respondents.

*Samuel Hand* for the appellant.

*W. T. Graff* for the respondents.

THIS case presented the same questions, and was argued
and decided with *Sands* v. *Hughes* (*ante*, page 287).